AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

| | |
|---|---|
| MICHAEL HOVERMALE for J.T.H., a minor, <br> *Plaintiff* <br> v. <br> NANCY A. BERRYHILL, <br> *Defendant* | Civil Action No. 3:17-CV-0392 <br> (Chief Judge Conner) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

X other: JUDGMENT be and is hereby ENTERED in favor of plaintiff ,MICHAEL HOVERMALE for J.T.H., a minor, and against defendant, NANCY A. BERRYHILL "the Commissioner," as follows: The Commissioner's decision is VACATED and this matter is REMANDED to the Commissioner with instructions to conduct a new administrative hearing, develop the record fully, and evaluate the evidence appropriately in accordance with this order (Doc. 15) and the report (Doc. 13) of Chief Magistrate Judge Schwab.

This action was *(check one)*:

☐ tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge or Magistrate Judge _____ without a jury and the above decision

X decided by Judge or Magistrate Judge Chief Judge Christopher C. Conner

COMPLAINT FOR REVIEW OF HHS DECISION (SSID)

Date: Nov 7, 2018

*CLERK OF COURT* PETER WELSH, Acting Clerk of Court

K. McKinney

*Signature of Clerk or Deputy Clerk*