# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL HOVERMALE FOR, J.T.H., A MINOR,** | : | CIVIL ACTION NO. 3:17-CV-392 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **NANCY A BERRYHILL,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 10th day of December, 2018, upon consideration of the Stipulation (Doc. 18), it is hereby ORDERED that Plaintiff, Michael Hovermale, is awarded Three Thousand Seven Hundred and 00/100 dollars ($3,700.00) in attorney fees under the EAJA. The attorney fees will be paid directly to Plaintiff, Michael Hovermale, and sent to the business address of Plaintiff's counsel, Lindsey E. Ringquist, Esquire. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government.

If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania